**No. 10-1039. Clarence T. Nalls, Jr., Petitioner v. Charles B. Plattsmiere, et al.**

563 U.S. 905, 131 S. Ct. 1798, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2467.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 90.

**No. 10-1055. Jason Scott Colette, Petitioner v. United States.**

563 U.S. 905, 131 S. Ct. 1801, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2463.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 397 Fed. Appx. 292.

**No. 10-6805. Roderick S. Vosburgh, Petitioner v. United States.**

563 U.S. 905, 131 S. Ct. 1783, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2484.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 602 F.3d 512.

**No. 10-7243. Michael Bunton, Petitioner v. Eugene Atherton, Warden, et al.**

563 U.S. 905, 131 S. Ct. 1783, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2526.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 613 F.3d 973.

**No. 10-7690. Richard Lee Alexander, Petitioner v. United States.**

563 U.S. 905, 131 S. Ct. 1783, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2495.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 609 F.3d 1250.

**No. 10-7693. Kennie A. Williams and Adrian Lamont McCraney, Petitioners v. United States.**

563 U.S. 905, 131 S. Ct. 1784, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2501.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 1057.

**No. 10-7712. Joaquin LaFarga, Petitioner v. United States.**

563 U.S. 905, 131 S. Ct. 1784, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2500.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 395 Fed. Appx. 257.

**No. 10-7728. Michael Anthony Taylor, Petitioner v. Michael Bowersox, Superintendent, South Central Correctional Center.**

563 U.S. 905, 131 S. Ct. 1784, 179 L. Ed. 2d 656, 2011 U.S. LEXIS 2556.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.